**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jarrod Pietrobone                                    CHAPTER 13

Debtor(s)

BKY. NO. 24-11567 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of KIRKLAND FINANCIAL, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

PA Eastern BK
20 May 2024, 16:41:22, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322