United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                 Case No. 24-11567-pmm

Jarrod Pietrobone                                                                                          Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                  User: admin                                            Page 1 of 2

Date Rcvd: Jun 17, 2024                      Form ID: pdf900                                  Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jarrod Pietrobone, 528 Albert Drive, Reading, PA 19608-1900 |
| 14881619 | + | Kondaur Capital Corporation, 333 S Anita Dr Suite 400, Orange, CA 92868-3314 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 18 2024 00:18:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 18 2024 00:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14881615 | ^ | MEBN | Jun 18 2024 00:14:40 | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 14881616 | + | Email/Text: bnc-capio@quantum3group.com | Jun 18 2024 00:18:00 | Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14881618 | + | Email/Text: bankruptcy@credencerm.com | Jun 18 2024 00:18:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 14891138 | ^ | MEBN | Jun 18 2024 00:14:47 | KIRKLAND FINANCIAL, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14890713 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2024 00:21:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14881620 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2024 00:22:02 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14881621 | + | Email/Text: EDI@CACIONLINE.NET | Jun 18 2024 00:18:00 | Midwest Recovery Systems, Attn: Bankruptcy, Po Box 899, Florissant, MO 63032-0899 |
| 14881622 | + | Email/Text: Bankruptcies@nragroup.com | Jun 18 2024 00:18:00 | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14894219 | | Email/Text: bnc-quantum@quantum3group.com | Jun 18 2024 00:18:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason   Name and Address**

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 17, 2024 | Form ID: pdf900 | Total Noticed: 13 |

14881617    *+    Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2024 at the address(es) listed below:

**Name**          **Email Address**

BRENNA HOPE MENDELSOHN
            on behalf of Debtor Jarrod Pietrobone tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
            on behalf of Creditor KIRKLAND FINANCIAL  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
            ECFMail@ReadingCh13.com

United States Trustee
            USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　Jarrod Pietrobone<br><br>　　Debtor(s). | Case No. 24−11567−pmm<br><br>Chapter: 13 |

## ORDER

　　AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 5/28/24 and 6/4/24, this case is hereby DISMISSED.

**Date: June 17, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2 − If Applicable
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities